United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KATHY R. KRAM, | ) Case No.: 12-cv-00759-LHK (PSG) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER DISSOLVING SEPTEMBER 17, 2012 ORDER AND GRANTING DEFENDANT'S MOTION TO COMPEL DEPOSITION OF PLAINTIFF** |
| CHASE BANK, N.A., | ) |
| Defendant. | ) |
| | ) **(Re: Docket No. 15)** |

16
17
18
19
20
21
22
23
24
25
26
27
28

After the court's September 17, 2012, order compelling Plaintiff Kathy R. Kram ("Kram") to appear to be deposed by Defendant Chase Bank, N.A. ("Chase"), the court discovered that, contrary to the court's understanding, Kram had indeed filed an opposition to Chase's motion. In light of the court's error and Kram's right to have her position heard, the court dissolves the earlier order and issues this order in its stead.

After considering Chase's and Kram's papers and their oral arguments, the court again finds Chase's request persuasive. In her opposition, Kram did not claim that the information Chase seeks is irrelevant or privileged. Because Chase's request is relevant to its defenses, its motion to compel Kram's deposition is GRANTED.

1

Case No.: 12-0759 LHK (PSG)
ORDER

As to Chase's motion for attorney's fees, the court again finds that imposition of the requested attorney's fees would be unjust because Kram did not have sufficient notice of the consequences she would face if she failed to cooperate. The court reiterates that Kram now has notice that future uncooperativeness may result in sanctions, up to and including dismissal of her claim.[1] Accordingly, Chase's request for attorneys' fees and costs is DENIED.

In accordance with the court's decision,

IT IS HEREBY ORDERED that Kram appear to be deposed at the San Jose office of Chase's counsel on September 24, 2012. Kram is advised that she, like all other parties in litigation before this court, is obligated to answer questions within the scope of Fed. R. Civ. P. 26 and 30.

IT IS FURTHER ORDERED that Kram produce documents as requested by Chase regarding any accounts she had with it. Kram shall produce these documents no later than September 21, 2012.

**IT IS SO ORDERED.**

Dated: September 19, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 37(b)(2).