GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK, USA, N.A., sued erroneously
herein as CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KATHY R. KRAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHASE BANK, N.A.,<br><br>　　　　Defendant. | CASE NO. CV12-00759 LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL AND** ~~PROPOSED~~ **ORDER** |

//
//
//
//
//
//
//
//
//
//
//
//

RC1/6642651.1/WK1

- 1 -

STIPULATED REQUEST FOR DISMISSAL AND ~~PROPOSED~~ ORDER

1  IT IS HEREBY STIPULATED by and between Plaintiff Kathy R. Kram and Defendant
2  Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice.

Dated: October 9, 2012

ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ Wendy C. Krog
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK, USA, N.A., sued erroneously herein as CHASE BANK, N.A.

Dated: October 9, 2012

By: *Kathy R Kram*
KATHY R. KRAM
Plaintiff, *In Pro Per*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 16, 2012

*Lucy H. Koh*
THE HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

RC1/6642651.1/WK1

- 2 -

STIPULATED REQUEST FOR DISMISSAL AND ~~PROPOSED~~ ORDER