1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:   (415) 543-4800
4  Facsimile:   (415) 972-6301
   Email:       gweickhardt@rmkb.com
5               wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK, USA, N.A., sued erroneously
7  herein as CHASE BANK, N.A.

8                UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11 KATHY R. KRAM,                          CASE NO. CV12-00759 LHK

12               Plaintiff,                **STIPULATED REQUEST FOR
                                           DISMISSAL AND** ~~PROPOSED~~ **ORDER**
13        v.

14 CHASE BANK, N.A.,

15               Defendant.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

RC1/6642651.1/WK1                - 1 -           STIPULATED REQUEST FOR DISMISSAL AND
                                                              ~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Kathy R. Kram and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice.

Dated: October 9, 2012

ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ Wendy C. Krog
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK, USA, N.A., sued erroneously herein as CHASE BANK, N.A.

Dated: October 9, 2012

By: *Kathy R Kram*
KATHY R. KRAM
Plaintiff, *In Pro Per*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 16, 2012

*Lucy H. Koh*
THE HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE